# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>POLLACK ENTERPRISES, INC., a California Corporation;<br>(A) TOOL SHED, INC., a California Corporation; and Does 1-10,<br><br>    Defendants, | Case No.: 5:18-CV-01464-EJD<br><br>MODIFIED<br>**ORDER** |

## **ORDER**

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days. The Court sets a Order to Show Cause Re Settlement hearing for July 18, 2019 at 10:00 am. Response to OSC or Dismissal due July 8, 2019.

**IT IS SO ORDERED.**

Dated: 5/1/2019

HONORABLE EDWARD J. DAVILA
United States District Judge

Notice of Settlement                    -1-                    5:18-CV-01464-EJD